IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANTE GAMBOA, ) | |
| ) | CIVIL ACTION NO. |
| Plaintiff, ) | 1:16-cv-02350-ELR-RGV |
| ) | |
| v. ) | |
| ) | |
| MERRICK BANK CORPORATION, ) | |
| CARSON SMITHFIELD, LLC, and ) | |
| FINANCIAL BUSINESS AND ) | |
| CONSUMER SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF SETTLEMENT

NOW COME, the parties, Plaintiff, Dante Gamboa, and Merrick Bank Corporation, Carson Smithfield, LLC, and Financial Business and Consumer Solutions, Inc., by and through their undersigned counsel and hereby inform the Court that a settlement of the present matter has been reached and the parties are in the process of finalizing this settlement, which they anticipate will be completed within the next 30 days.

The parties therefore request that this honorable Court vacate all dates currently set on the calendar for the present matter.

1

This 27th day of December, 2016.

Respectfully submitted,

| BEDARD LAW GROUP, P.C. | CENTRONE & SHRADER, PLLC |
|---|---|
| /s/ Michael K. Chapman | /s/ Sumeet P. Shah |
| Michael K. Chapman | Sumeet P. Shah |
| Georgia Bar No. 322145 | Georgia Bar No. 122408 |
| *Counsel for Defendant,* | *Counsel for Plaintiff,* |
| *Financial Business and Consumer Solutions, Inc.* | *Dante Gamboa* |
| 2810 Peachtree Industrial Blvd. | 612 W. Bay Street |
| Suite D | Tampa, Florida 33606 |
| Duluth, Georgia 30097 | Telephone: (813) 360-1529 |
| Telephone: (678) 253-1871 | sshah@centroneshrader.com |
| mchapman@bedardlawgroup.com | |

HOLLAND & KNIGHT, LLP

/s/ Joshua H. Roberts
Joshua H. Roberts
Admitted Pro Hac Vice
*Counsel for Defendants,*
*Merrick Bank Corporation &*
*Carson Smithfield, LLC*

50 North Laura Street
Suite 3900
Jacksonville, Florida 32202
Telephone: (904) 353-2000
joshua.roberts@hklaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANTE GAMBOA, ) | |
| ) | CIVIL ACTION NO. |
| Plaintiff, ) | 1:16-cv-02350-ELR-RGV |
| ) | |
| v. ) | |
| ) | |
| MERRICK BANK CORPORATION, ) | |
| CARSON SMITHFIELD, LLC, and ) | |
| FINANCIAL BUSINESS AND ) | |
| CONSUMER SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed this *Notice of Settlement* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Joshua H. Roberts
joshua.roberts@hklaw.com

Laura Beard Renstrom
laura.renstrom@hklaw.com

Allen A. Hendrick
andre.hendrick@hklaw.com

Sumeet Prem Shah
sshah@centroneshrader.com

This 27th day of December, 2016.          Respectfully submitted,

BEDARD LAW GROUP, P.C.

/s/ Michael K. Chapman
Michael K. Chapman
Georgia Bar No. 322145

3