IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DANTE GAMBOA,** ) | |
| ) | |
| Plaintiff, ) | **CIVIL CASE NO.:** |
| ) | **1:16-CV-02350-ELR-RGV** |
| ) | |
| v. ) | |
| ) | |
| **MERRICK BANK CORPORATION,** ) | |
| **CARSON SMITHFIELD, LLC, and** ) | |
| **FINANCIAL BUSINESS AND** ) | |
| **CONSUMER SOLUTIONS, INC.,** ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Dante Gamboa, and Defendant, Merrick Bank Corporation, Carson Smithfield, LLC, and Financial Business Consumer Solutions, Inc., by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above civil proceeding with prejudice, with each party to pay their own attorneys' fees and costs.

[Signatures on the next page]

Dated: January 9, 2017               Respectfully Submitted,

/s/ Michael K. Chapman               /s/ Sumeet Shah.
Michael K. Chapman, Esq.             Sumeet Shah, Esq.
Bar No.: 322145                      Bar No.: 122408
e-mail:mchapman@bedardlawgroup.com   e-mail: sshah@centroneshrader.com
*Counsel for Defendant,*             *Attorney for Plaintiff,*
*Financial Business and Consumer*    *Dante Gamboa*
*Solutions, Inc.*

**BEDARD LAW GROUP, P.C.**           **CENTRONE & SHRADER, PLLC**
2810 Peachtree Industrial Blvd.,     612 W. Bay Street
Suite D                              Tampa, Florida 33606
Duluth, GA 30097                     Phone: (813) 360-1529
Phone: (678) 253-1871                Fax: (813) 336-0832

/s/ Joshua H. Roberts
Joshua H. Roberts, Esq.
Admitted Pro Hac Vice
e-mail: joshua.roberts@hklaw.com
*Counsel for Defendants,*
*Merrick Bank Corporation &*
*Carson Smithfield, LLC*

**HOLLAND & KNIGHT, LLP**
50 North Laura Street
Suite 3900
Jacksonville, FL 32202
Phone: (904) 353-2000